1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

DEBBIE CHAVES, on behalf of herself and
all others similarly situated,

Plaintiff,

v.

AMAZON.COM, INC.,

Defendant.

Case No.: 2:21-cv-01213-JCC

**JOINT STIPULATION EXTENDING**
**DEADLINES AND PROVIDING LEAVE**
**TO AMEND**

Hon. John C. Coughenour

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION
CASE NO. 2:21-CV-01213-JCC

27

28

BURSOR & FISHER, P.A.
1990 NORTH CALIFORNIA BLVD., SUITE 940
WALNUT CREEK, CA 94596

-1-

Plaintiff Debbie Chaves ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant"), by and through their undersigned counsel of record, hereby set forth as follows:

WHEREAS on September 7, 2021, Plaintiff filed her putative Class Action Complaint. ECF No. 1;

WHEREAS on September 9, 2021, Plaintiff served Defendant with a demand letter pursuant to the Massachusetts Unfair and Deceptive Business Practices Act, Mass. Gen. Laws Ch. 93A, § 9(3);

WHEREAS Defendant was served with the Complaint on September 14, 2021.  ECF No. 4;

WHEREAS Defendant's current deadline to answer or otherwise respond to the Complaint is October 5, 2021;

WHEREAS on September 21, 2021, Defendant's counsel requested additional time to investigate the facts of this matter and to properly respond to the Complaint;

WHEREAS Plaintiff's counsel likewise informed Defendant's counsel that Plaintiff wished to add a claim for violation of the Massachusetts Unfair and Deceptive Business Practices Act, but without using her amendment as of right under Fed. R. Civ. P. 15(a)(1)(A);

WHEREAS Plaintiff's counsel also stated that they had been retained by additional clients that Plaintiff's counsel would like to add to the Complaint, but without using an amendment as of right under Fed. R. Civ. P. 15(a)(1)(A);

WHEREAS good cause exists;

The Parties hereby stipulate as follows:

JOINT STIPULATION
CASE NO. 2:21-CV-01213-JCC

BURSOR & FISHER, P.A.
1990 NORTH CALIFORNIA BLVD., SUITE 940
WALNUT CREEK, CA 94596

-2-

1.      Plaintiff shall file the proposed First Amended Complaint attached hereto as **Exhibit 1** within fifteen (15) days of the Court's order granting this stipulation. The First Amended Complaint shall **<u>not</u>** constitute Plaintiff's amendment as of right under Fed. R. Civ. P. 15(a)(1)(A).

2.      Defendant shall answer or otherwise respond to the First Amended Complaint within forty-five (45) days after date the First Amended Complaint is filed.

Dated: September 23, 2021

Respectfully submitted,

**CARSON NOEL PLLC**

By:  */s/ Wright A. Noel*
Wright A. Noel
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 837-4717
E-Mail: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher*
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts*
Matthew A. Girardi*
Julian C. Diamond*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
E-Mail: mroberts@bursor.com
      mgirardi@bursor.com
      jdiamond@bursor.com

*Attorneys for Plaintiff*

**FENWICK & WEST LLP**

By: */s/ Brian D. Buckley*
Brian D. Buckley
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: (206) 389-4515
E-Mail: bbuckley@fenwick.com

*Attorneys for Defendant*

JOINT STIPULATION
CASE NO. 2:21-CV-01213-JCC

BURSOR & FISHER, P.A.
1990 NORTH CALIFORNIA BLVD., SUITE 940
WALNUT CREEK, CA 94596

**SO ORDERED.**

    Dated this 23rd day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION
CASE NO. 2:21-CV-01213-JCC

BURSOR & FISHER, P.A.
1990 NORTH CALIFORNIA BLVD., SUITE 940
WALNUT CREEK, CA 94596

-4-