HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBBIE CHAVES, DANIELLE WARD, and AMANDA EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No.: 2:21-cv-01213-JCC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

THIS MATTER came before the Court on a Motion to Dismiss filed by Defendant Amazon.com Services, LLC.  The Court reviewed the Motion and all supporting materials, Plaintiffs' opposition to the Motion and all supporting materials, and Defendants' reply and all supporting materials, and heard arguments of counsel.  Having been fully advised, for the reasons set forth in Amazon's papers, the Court finds that the Motion should be granted.  Now therefore,

**IT IS HEREBY ORDERED** that

(A)     Defendant's Motion to Dismiss is **GRANTED**, and

(B)     Plaintiffs' First Amended Complaint in this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated this ____ day of _____, 202_.

_____
Honorable John C. Coughenour
United States District Court Judge

1
2   Presented by:
    FENWICK & WEST LLP
3
4   By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423
5
    Brian D. Buckley
    FENWICK & WEST LLP
6   1191 Second Avenue, 10th Floor
    Seattle, WA  98101
7   Telephone: 206.389.4510
    Email: bbuckley@fenwick.com
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28