1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEBBIE CHAVES, DANIELLE WARD, and AMANDA EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No.: 2:21-cv-01213-JCC<br><br>**JOINT STIPULATION AND ORDER EXTENDING AND STAYING DEADLINES**<br><br>Hon. John C. Coughenour |

Plaintiff Debbie Chaves, Danielle Ward, and Amanda Evans ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant"), by and through their undersigned counsel of record, hereby set forth as follows:

WHEREAS, on September 23, 2021, the Court entered an Order permitting Plaintiffs to file a First Amended Complaint, which did not constitute Plaintiff's amendment as of right under Fed. R. Civ. P. 15(a)(1)(A) (ECF No. 8);

WHEREAS, on October 8, 2021, Plaintiffs filed their First Amended Complaint (ECF No. 13);

WHEREAS, on November 22, 2021, Defendant filed its Motion to Dismiss the First Amended Complaint, with a noting date of December 17, 2021 (ECF No. 18);

WHEREAS, pursuant to Local Rule 7(d)(3), Plaintiffs' date to respond to the Motion to Dismiss is December 13, 2021;

WHEREAS, Plaintiffs intend to file their Second Amended Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(A) in response to the Motion to Dismiss, but require additional time to prepare the Second Amended Complaint in light of the holidays and pre-existing travel plans;

WHEREAS, Defendant does not oppose Plaintiffs' request, but requires additional time to prepare a response to the Second Amended Complaint;

WHEREAS, the Parties believe that judicial economy will be preserved by staying all other deadlines—including the deadline for the Parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a proposed case management statement—until the resolution of Defendant's forthcoming Motion to Dismiss.

WHEREAS good cause exists;

The Parties hereby stipulate as follows:

1. Plaintiffs shall file their Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(A) no later than **December 31, 2021**.

2. Defendant shall answer or otherwise respond to the Second Amended Complaint no later than **February 7, 2022**.

3. All other deadlines—including the deadline for the Parties to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a proposed case management statement—shall be stayed pending resolution of Defendant's forthcoming Motion to Dismiss.

Dated: November 29, 2021                    Respectfully submitted,

**CARSON NOEL PLLC**                        **FENWICK & WEST LLP**

By: /s/ *Wright A. Noel*                    By: /s/ *Brian D. Buckley*
Wright A. Noel                              Brian D. Buckley
20 Sixth Avenue NE                          1191 Second Avenue, 10th Floor
Issaquah, WA 98027                          Seattle, WA 98101
Telephone: (425) 837-4717                   Telephone: (206) 389-4515
E-Mail: wright@carsonnoel.com               E-Mail: bbuckley@fenwick.com

**BURSOR & FISHER, P.A.**                   *Attorneys for Defendant*
L. Timothy Fisher (*Pro Hac Vice*)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

JOINT STIPULATION                                                   BURSOR & FISHER, P.A.
CASE NO. 2:21-CV-01213-JCC                                1990 NORTH CALIFORNIA BLVD., SUITE 940
                                                                   WALNUT CREEK, CA 94596

-3-

1  **BURSOR & FISHER, P.A.**
   Max S. Roberts (*Pro Hac Vice*)
2  Matthew A. Girardi*
   Julian C. Diamond*
3  888 Seventh Avenue
   New York, NY 10019
4  Telephone: (646) 837-7150
   E-Mail: mroberts@bursor.com
5          mgirardi@bursor.com
           jdiamond@bursor.com
6

7  **Pro Hac Vice Forthcoming*

8  *Attorneys for Plaintiff*

12 **SO ORDERED** this 29th day of November 2021.

15 _____
16 John C. Coughenour
   UNITED STATES DISTRICT JUDGE