HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBBIE CHAVES, DANIELLE WARD, and AMANDA EVANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | Case No.: 2:21-cv-01213-TL<br><br>**DECLARATION OF BRIAN BUCKLEY** |

I, Brian Buckley, declare as follows:

1. I am a partner with the law firm of Fenwick & West LLP, counsel of record for Defendant Amazon.com Services LLC. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of a webpage on amazon.com titled "PlayStation Plus: 1 Month Membership" (Feb. 7, 2022), located at https://www.amazon.com/PlayStation-Plus-Month-Membership-Digital/dp/B017V6YVDC.

I declare under penalty of perjury of the State of Washington that the foregoing is true and correct.

Dated this 7th day of February, 2022 in Seattle, Washington.

*/s/ Brian Buckley*
Brian Buckley