1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

DEBBIE CHAVES, on behalf of herself
and all others similarly situated,

Plaintiff,

v.

AMAZON.COM SERVICES LLC,

Defendant.

CASE NO. 2:21-cv-01213-TL

AMENDED ORDER OF REFERENCE

16

17

18

19

20

21

22

23

24

        This action is assigned to the Honorable Tana Lin, United States District Judge. All

future documents filed in this case must bear the cause number 2:21-cv-01213-TL-BAT. The

Court has reviewed the files and records herein and determined that certain pretrial matters are

appropriate to refer to a Magistrate Judge as described below.

        Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the

Court hereby refers to Magistrate Judge Brian A. Tsuchida all non-dispositive pretrial matters,

other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). Federal Rule of Civil Procedure

AMENDED ORDER OF REFERENCE - 1

72(a) governs any objections to Magistrate Judge Tsuchida's rulings concerning any non-dispositive motions. *See also* MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Magistrate Judge Rule 4, the Court also hereby refers to Magistrate Judge Tsuchida for preparation of a report and recommendation on both pending motions to dismiss (Dkt No. 18 and Dkt. No. 27). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this Court after Magistrate Tsuchida files a report and recommendation. *See also* MJR 4(c).

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Tsuchida for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Tsuchida to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

Dated this 12th day of April 2022.

Tana Lin
United States District Judge

AMENDED ORDER OF REFERENCE - 2