**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| DEBBIE CHAVES, DANIELLE WARD, and AMANDA EVANS, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM SERVICES LLC,<br><br>　　　　　　Defendant. | Case No.: 2:21-cv-01213-TL-BAT<br><br>**JOINT STIPULATION AND ORDER EXTENDING AND STAYING DEADLINES**<br><br>Hon. Tana Lin<br>Hon. Brian A. Tsuchida |

JOINT STIPULATION
CASE NO. 2:21-CV-01213-TL-BAT

BURSOR & FISHER, P.A.
1990 NORTH CALIFORNIA BLVD., SUITE 940
WALNUT CREEK, CA 94596

-1-

Plaintiffs Debbie Chaves, Danielle Ward, and Amanda Evans ("Plaintiffs") and Defendant Amazon.com Services LLC ("Defendant"), by and through their undersigned counsel of record, hereby set forth as follows:

WHEREAS, on May 23, 2022, the Court entered a Report and Recommendation (the "R&R") recommending granting Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 36);

WHEREAS, pursuant to the R&R, Plaintiffs' deadline to object to the R&R is June 6, 2022, and Defendant's deadline to respond to Plaintiffs' objection is June 20, 2022;

WHEREAS, due to pre-existing deadlines in other matters and travel plans, the Parties have agreed to an extension of the deadlines in the R&R to permit both Parties sufficient time to properly respond to the issue set forth in the R&R;

WHEREAS good cause exists;

The Parties hereby stipulate as follows:

1. Plaintiffs shall file their objection to the R&R no later than **July 8, 2022**.

2. Defendant shall file their response to Plaintiffs' objection no later than **August 9, 2022**.

Dated: May 31, 2022                                    Respectfully submitted,

**CARSON NOEL PLLC**                                   **FENWICK & WEST LLP**

By: /s/ Wright A. Noel                                 By: /s/ Brian D. Buckley
Wright A. Noel                                         Brian D. Buckley
20 Sixth Avenue NE                                     1191 Second Avenue, 10th Floor
Issaquah, WA 98027                                     Seattle, WA 98101
Telephone: (425) 837-4717                              Telephone: (206) 389-4515
E-Mail: wright@carsonnoel.com                          E-Mail: bbuckley@fenwick.com

JOINT STIPULATION                                      BURSOR & FISHER, P.A.
CASE NO. 2:21-CV-01213-TL-BAT                          1990 NORTH CALIFORNIA BLVD., SUITE 940
                                                       WALNUT CREEK, CA 94596

-2-

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (*Pro Hac Vice*)
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*Pro Hac Vice*)
Matthew A. Girardi*
Julian C. Diamond*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
E-Mail: mroberts@bursor.com
        mgirardi@bursor.com
        jdiamond@bursor.com

*Pro Hac Vice Forthcoming*

*Attorneys for Defendant*

*Attorneys for Plaintiff*

**SO ORDERED.**

**DATED:**   May 31, 2022

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge