# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBBIE CHAVES, et al., <br><br>                    Plaintiffs,<br>  v.<br><br>AMAZON.COM SERVICES LLC,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-01213-TL |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

      The Report and Recommendation is adopted and approved. This matter is **DISMISSED** with prejudice.

Dated this 8th day of May, 2023.

                                                           Ravi Subramanian<br>
                                                           Clerk of Court

                                                           /s/ Kadya Peter<br>
                                                           Deputy Clerk